UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:19-CR-167 |
| | ) | |
| JOSHUA TYLER HAMPTON | ) | |

**O R D E R**

The sentencing hearing presently scheduled for April 6, 2021, is **RESET** to **Tuesday, June 22, 2021, at 10:30 a.m.** in Knoxville.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge